JULIA STEVENS, Respondent, *v.* EMPIRE STATE DEGREE OF
HONOR, Appellant.

*Stevens* v. *Empire State Degree of Honor,* 128 App. Div. 915, affirmed.
(Argued October 26, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
November 30, 1908, affirming a judgment in favor of plain-
tiff entered upon a verdict and an order denying a motion for
a new trial in an action to recover upon a policy of life
insurance.

*Clare A. Pickard* for appellant.

*Warren J. Cheney* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK and COLLIN, JJ.

---

NATIONAL METAL EDGE BOX COMPANY, Respondent, *v.*
DARWIN B. GOTHAM, Appellant.

*National Metal Edge Box Co.* v. *Gotham,* 132 App. Div. 947, affirmed.
(Argued October 28, 1910; decided November 15, 1910.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered June
14, 1909, affirming a judgment in favor of plaintiff entered
upon a decision of the court on trial at Special Term in an
action to recover a sum of money paid by plaintiff in settle-
ment of a suit against it for having used in its business pat-
ented articles unlawfully manufactured and sold to it by
defendant.

*Henry Purcell* for appellant.

*Horace Stern* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD
BARTLETT, HISCOCK and COLLIN, JJ.